# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| LENNOTH GREENWOOD, et al., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:02CV00047 ERW |
| RURAL COMMUNITY INSURANCE SERVICES, et al., | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on Plaintiffs' Motion for Unpaid Arbitration Expenses [doc. #150].

**IT IS HEREBY ORDERED** that within thirty (30) days of the date of this Order, Defendants shall pay the arbitration fees of Albert L. Rendlen in the amount of $22,627.77.

Dated this 16th day of May, 2007.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE